Jeff Silvestri, Esq. (NSBN 5779)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com

*Attorneys for Defendant Capital One Auto Finance, a Division of Capital One, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANE M. EKDAHL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., a national banking association; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No.: 2:21-cv-01023-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT, CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE. N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(First Request)** |

The parties, through their undersigned counsel, hereby stipulate and agree that the deadline for Defendant Capital One Auto Finance, a Division of Capital One, N.A. ("Capital One" or "Defendant") to answer or otherwise respond to Plaintiff Shane M. Ekdahl's ("Ekdahl" or "Plaintiff") Complaint (ECF No. 1) shall be extended to and including August 10, 2021.

///

///

///

///

///

///

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Capital One makes this request in good faith so that it may have the opportunity to collect and review its internal files pertaining to the allegations in the Complaint.

DATED this 22nd of July, 2021.

LAW OFFICE OF KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez (NSBN 12594)
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff*
*Shane M. Ekdahl*

McDONALD CARANO LLP

By: */s/ Jeff Silvestri*
Jeff Silvestri (NSBN 5779)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
jsilvestri@mcdonaldcarano.com
*Attorneys for Defendant*
*Capital One, N.A.*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: July 23, 2021

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966